IN RE:                                                          CASE NO. 10-02136-SEK

GLORIA L FRANCO ORTIZ                                CHAPTER 13

            DEBTOR (S)

## TRUSTEE'S FAVORABLE REPORT
## ON PROPOSED PLAN MODIFICATION UNDER §1329

TO THE HONORABLE COURT:  NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Under Median / 36 months commitment period.**            Gen Unsecured Pool:  **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$2,250.00**.  **R2016 STM**.**$3,000.00**

| TOTAL ATTORNEYS FEES THRU PLAN: $2,774.00 Fees paid: $672.01 Fees Outstanding: $2,101.99 |
| --- |

With respect to the proposed (amended) Plan dated: **10/4/2010** (Dkt 45). Plan Base: **$32,028.00**

**The Trustee <u>Recommends</u> the <u>confirmation</u> of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1329 and other related sections of the Bankruptcy Code.**

**Comments:**

**NONE**

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this November 04, 2010.

                                         /s/ José R. Carrion
                                         /s/ Juliel Perez -Staff Attorney
                                         JOSE R. CARRION, CHAPTER 13 TRUSTEE
                                         PO Box 9023884, San Juan, PR 00902-3884
jp                                       Tel. (787) 977-3535  Fax  (787) 977-3550